UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61406-CIV-SELTZER
(CONSENT CASE)

GEZETA BAJJO-HEADLEY,

    Plaintiff,

v.

A LOVING HEART, INC.,
JOSE CORDERO, and
ODALYS CORDERO,

    Defendants.
_____/

### ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Plaintiff's Motion for Approval of Parties' Settlement and Dismissal With Prejudice [DE 28], which is unopposed by Defendants. The parties having announced the terms of their Settlement Agreement in open court on September 26, 2018, the Court finds that the terms of the Settlement Agreement reflect a reasonable compromise of disputed issues, are fair and reasonable, and meet the standard set forth in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The Motion for Approval of Settlement Agreement [DE 28] be and the same is **GRANTED**;

2. The Settlement Agreement announced in open court is **APPROVED**, and the above-styled action is **DISMISSED WITH PREJUDICE**;

3. The Clerk of the Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions;

4. The Court retains jurisdiction to enforce the terms of the parties Settlement Agreement should enforcement become necessary.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of September 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF